IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CRAIG RECOR, individually
and on behalf of all similarly
situated individuals,

      Plaintiff,

v.     CASE NO. 1:12-cv-16-GRJ

ADVANCED TURBINE SUPPORT,
INC.,
      Defendant.

_____/

## ORDER

This matter is before the Court on Doc. 35, the Joint Motion for Approval of Settlement And Stipulation of Dismissal with Prejudice. The parties have consented to exercise of jurisdiction by the undersigned, a U.S. Magistrate Judge. The parties were represented by their respective attorneys throughout the litigation and settlement process. The Court has examined the settlement agreement and has approved by separate order the filing of the settlement agreement under seal. Pursuant to *Lynn's Food Stores, Inc. v. United States,* 679 F. 2d 1350 (11th Cir. 1982) the Court finds that the settlement agreement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

Accordingly, it is **ORDERED:**

1. The Joint Motion for Approval of Settlement And Stipulation of Dismissal with Prejudice, Doc. 35, is **GRANTED.**

2. The settlement agreement is approved.

3.  This case is dismissed with prejudice and the Clerk is directed to close this file.

**DONE AND ORDERED** this 24th day of May 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge